IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

UNITED STATES OF AMERICA,

v.  Criminal Action No. 3:18-CR-61
(Chief Judge Groh)

WILLIAM LOREN HOFFMAN, III,

      Defendant.

### UNITED STATES' PROPOSED *VOIR DIRE*

Pursuant to Federal Rule of Criminal Procedure 24(a), the United States proposes the following *voir dire* questions, in addition to the Court's standard *voir dire* questions:

1. Do you or any members of your family own a firearm?

2. Do you or any members of your family belong to the National Rifle Association?

3. Do you believe that the government should not place any restrictions on who may possess or purchase a firearm?

    Respectfully submitted,

    WILLIAM J. POWELL
    UNITED STATES ATTORNEY

By:   /s/Lara K. Omps-Botteicher
    Lara K. Omps-Botteicher
    Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I, Lara K. Omps-Botteicher, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on March 21, 2019, the foregoing *United States' Voir Dire* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

S. Andrew Arnold
208 North George Street
Charles Town, WV 25414

WILLIAM J. POWELL
UNITED STATES ATTORNEY

By: /s/ Lara K. Omps-Botteicher
Lara K. Omps-Botteicher
Assistant United States Attorney